# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

In re:  
    IAN C STUART

Debtor(s)

Case No. 22-41904

## CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Diana S. Daugherty, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/24/2022.

2) The plan was confirmed on 01/06/2023.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on 01/26/2023.

5) The case was dismissed on 04/18/2023.

6) Number of months from filing or conversion to last payment: 8.

7) Number of months case was pending: 11.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $1,500.00.

10) Amount of unsecured claims discharged without full payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

## Receipts:

| | |
|---|---|
| Total paid by or on behalf of the debtor | $2,900.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$2,900.00** |

## Expenses of Administration:

| | |
|---|---|
| Attorney's Fees Paid Through the Plan | $2,708.60 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $191.40 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$2,900.00** |

Attorney fees paid and disclosed by debtor:     $650.00

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| 2233 PARADISE RD LLC | Unsecured | 1,658.89 | 2,498.23 | 2,498.23 | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 1,200.00 | NA | NA | 0.00 | 0.00 |
| ADVANCE AMERICA | Unsecured | 700.00 | NA | NA | 0.00 | 0.00 |
| ALLIANCE CREDIT UNION | Unsecured | 11,973.42 | 13,196.16 | 13,196.16 | 0.00 | 0.00 |
| ANTHONY CLARK DDS | Unsecured | 978.00 | NA | NA | 0.00 | 0.00 |
| AXCESS FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AXCESS FINANCIAL SERVICES | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| BRIDGE LENDING SOLUTIONS | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| BUREAUS INVEST GRP PORTF #15 | Unsecured | 652.34 | 652.34 | 652.34 | 0.00 | 0.00 |
| CASH CENTRAL | Unsecured | 375.00 | NA | NA | 0.00 | 0.00 |
| CASH LINK USA LLC | Unsecured | 804.41 | 878.60 | 878.60 | 0.00 | 0.00 |
| CASH LINK USA LLC | Unsecured | NA | 804.41 | 804.41 | 0.00 | 0.00 |
| CAZCO CAPITAL | Unsecured | 1,236.57 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 1,539.86 | NA | NA | 0.00 | 0.00 |
| CHECK INTO CASH | Unsecured | 500.07 | NA | NA | 0.00 | 0.00 |
| CHOICE RECOVERY | Unsecured | 325.75 | NA | NA | 0.00 | 0.00 |
| CLEARLINE LOANS | Unsecured | 401.41 | 300.00 | 300.00 | 0.00 | 0.00 |
| CONTINENTAL FINANCE | Unsecured | 651.23 | NA | NA | 0.00 | 0.00 |
| EDUCATIONAL CREDIT MGMT CORP | Unsecured | 4,020.15 | 4,020.15 | 4,020.15 | 0.00 | 0.00 |
| EMPIRE FINANCE | Unsecured | 799.33 | NA | NA | 0.00 | 0.00 |
| FIRST PORTFOLIO VENTURES LLC | Unsecured | 5,374.65 | 5,447.17 | 5,447.17 | 0.00 | 0.00 |
| INTERNAL REVENUE SERV | Priority | 3,000.00 | 2,472.04 | 2,472.04 | 0.00 | 0.00 |
| INTERNAL REVENUE SERV | Unsecured | NA | 47.05 | 47.05 | 0.00 | 0.00 |
| LOAN EXPRESS | Unsecured | 530.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 149.73 | 461.46 | 461.46 | 0.00 | 0.00 |
| MIDWEST FIDELITY SERVICE | Unsecured | 948.42 | NA | NA | 0.00 | 0.00 |
| MISSION LANE LLC | Unsecured | 592.49 | NA | NA | 0.00 | 0.00 |
| MO DEPT OF REVENUE | Priority | 300.00 | 345.78 | 345.78 | 0.00 | 0.00 |
| MO DEPT OF REVENUE | Unsecured | NA | 16.38 | 16.38 | 0.00 | 0.00 |
| MO DEPT OF REVENUE | Unsecured | NA | 752.91 | 752.91 | 0.00 | 0.00 |
| MO PAY DAY LOAN | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

## Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MONEYKEY | Unsecured | 1,878.81 | NA | NA | 0.00 | 0.00 |
| NETCREDIT | Unsecured | 1,486.60 | 2,607.78 | 2,607.78 | 0.00 | 0.00 |
| SCOLOPAX LLC | Unsecured | 1,127.14 | 2,609.86 | 2,609.86 | 0.00 | 0.00 |
| SPOT LOAN | Unsecured | 1,153.40 | NA | NA | 0.00 | 0.00 |
| STONELEIGH RECOVERY ASSOC LLC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| TITLE MAX | Unsecured | 925.00 | NA | NA | 0.00 | 0.00 |
| TRUE ACCORD | Unsecured | 873.48 | NA | NA | 0.00 | 0.00 |
| WORLD ACCEPTANCE CORPORATION | Unsecured | 800.00 | 1,089.03 | 1,089.03 | 0.00 | 0.00 |
| WORLD FINANCE CORPORATION | Unsecured | 1,008.00 | 1,008.00 | 1,008.00 | 0.00 | 0.00 |

## Summary of Disbursements to Creditors:

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $2,817.82 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$2,817.82** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$36,389.53** | **$0.00** | **$0.00** |

## Disbursements:

| | |
|---|---|
| Expenses of Administration | $2,900.00 |
| Disbursements to Creditors | $0.00 |
| **TOTAL DISBURSEMENTS:** | **$2,900.00** |

**UST Form 101-13-FR-S (09/01/2009)**

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/11/2023          By: /s/ Diana S. Daugherty
                                                                                      Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**